# EXHIBIT 7

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JAMES HERBERT BOYD, JR., *et al.*, individually and on behalf of all similarly-situated individuals,<br><br>   Plaintiffs,<br><br>v.<br><br>SFS COMMUNICATIONS, LLC, *et al.*,<br><br>   Defendants. | Civil Action No.: 15-cv-03068-PJM |

## [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS

Upon consideration of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs and Memorandum in Support (ECF Nos. _____), and any opposition thereto it is, this ___ day of August 2021,

**ORDERED**

1. A final judgment is entered in favor of Plaintiffs and against Defendants SFS Communications, LLC; Ferdous Ahmed Sharif; CU Employment, Inc.; and Communications Unlimited Contracting Services, Inc., jointly and severally, for Plaintiffs' attorneys' fees and costs.

2. Under the *Johnson v. Georgia Highway Express, Inc*., 488 F.2d 714, 717-19 (5th Cir. 1974) factors, the Court finds the hours expended in this case by Class Counsel and the hourly rates of Class Counsel are reasonable for this class and collective action case.

3. Class Counsel's costs incurred in litigating this action are also reasonable.

4. Class Counsel shall be awarded $1,941,450.30 in attorneys' fees and $49,418.87 in costs.

5. This judgment shall bear interest as prescribed by 28 U.S.C. § 1961.

                                                                        _____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE