UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JAMES HERBERT BOYD, JR., *et al.*,<br>Individually and<br>on behalf of all similarly situated individuals,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SFS COMMUNICATIONS, LLC, *et al*.,<br><br>　　　　　　Defendants. | Civil Action No.: 15-3068 - PJM |

## JOINT STIPULATION REGARDING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiffs James Herbert Boyd, Jr., John Christopher Poles, Steven Mitchell Borden, and Courtney Lemar Wilson, on behalf of themselves and opt-in collective action members and class action members ("Plaintiffs") and Defendants CU Employment, Inc. ("CUEI") and Communications Unlimited Contracting Services, Inc. ("CUCS") (together, "CUI Defendants") enter into this Stipulation by which CUI Defendants agree to not oppose Plaintiffs' Motion for an Award of Attorneys' Fees and Costs, ECF No. 195, in exchange for other relief.

WHEREAS, on August 5, 2021, Plaintiffs' filed their Motion for an Award of Attorneys' Fees and Costs, ECF No. 195.

WHEREAS, on August 9, 2021, CUI Defendants agreed to not oppose Plaintiffs' Motion for an Award of Attorneys' Fees and Costs in exchange for Plaintiffs' agreement to forego proceeding with collections on the Court's Final Order of Judgment for the Plaintiffs (ECF No. 194), issued on July 6, 2021 and not appealed, until after Friday, August 13, 2021 at 5:00 p.m. CT.

NOW THEREFORE, for good and sufficient consideration, the receipt of which is hereby

1

acknowledged, Plaintiffs and CUI Defendants, agree as follows:

Plaintiffs' Motion for an Award of Attorneys' Fees and Costs, ECF No. 195, is unopposed by the CUI Defendants.

Plaintiffs will not take any action to collect on the Court's Final Order of Judgment for the Plaintiffs (ECF No. 194) until after Friday, August 13, 2021 at 5:00 p.m. CT.

AGREED to by Class Counsel and CUI Defendants' Counsel, this 10th day of August, 2021.

| For Plaintiffs:<br><br>/s/ Sam J. Smith<br>Sam J. Smith<br>Loren B. Donnell<br>BURR & SMITH, LLP<br>9800 4th St. N., Suite 200<br>St. Petersburg, Florida 33702<br>813-253-2010<br>ssmith@burrandsmithlaw.com<br>ldonnell@burrandsmithlaw.com<br><br>Joseph B. Espo<br>Kevin D. Docherty<br>BROWN, GOLDSTEIN & LEVY, LLP<br>120 East Baltimore Street, Suite 1700<br>Baltimore, Maryland 21202<br>T: (410) 962-1030<br>F: (410) 385-0869<br>jbe@browngold.com<br>kdocherty@browngold.com<br><br>Omar Vincent Melehy<br>Andrew Balashov<br>MELEHY & ASSOCIATES LLC<br>8403 Colesville Road, Suite 610<br>Silver Spring, Maryland 20910<br>Tel: (301) 587-6364<br>ovmelehy@melehylaw.com<br><br>Class Counsel | For CUI Defendants:<br><br>/s/ Christopher E. Humber<br>Christopher E. Humber<br>Ogletree, Deakins, Nash,<br>    Smoak & Stewart PC<br>1909 K Street NW, Suite 1000<br>Washington, DC 20006<br>202-263-0260<br>chris.humber@ogletree.com<br><br><br>/s/ Bill D. Bensinger<br>Bill D. Bensinger<br>CHRISTIAN & SMALL LLP<br>505 North 20th Street<br>Suite 1800<br>Birmingham, AL 35203-2696<br>(205) 795-6588<br>bdbensinger@csattorneys.com<br><br>Counsel for CUI Defendants |
|---|---|