UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JAMES HERBERT BOYD, JR., *et al.*, Individually and on behalf of all similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SFS COMMUNICATIONS, LLC, *et al.*,<br><br>Defendants. | Civil Action No.: 15-cv-3068-PJM |

## ORDER

Having reviewed the Parties' Joint Motion and Memorandum of Law in Support of Joint Motion for Final Approval of Settlement (ECF Nos. 206 and 206-1) and having held the Final Fairness Hearing on February 24, 2022, it is hereby ORDERED:

1. The Settlement Agreement (ECF No. 202-2) is approved as a fair, reasonable, and adequate resolution of a *bona fide* dispute under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) (applying this standard in *Starr v. Credible Behav. Health, Inc.*, No. CV 20-2986 PJM, 2021 WL 2141542, at *5 (D. Md. May 26, 2021), and meets the standards set forth in *In re Jiffy Lube Securities Litigation*, 927 F.2d 155 (4th Cir. 1991), and Federal Rule of Civil Procedure 23(e);

2. Class Members, whose names are set forth on ECF No. 192-4, have been provided proper and adequate notice of the terms of the Settlement, as well as the applicable dates and procedures for requesting to opt-out of the Settlement and to object to the Settlement. No requests to opt-out or objections to the Settlement were received. Class Members shall be

bound by the Settlement and its terms;

3. The payment schedule in the Settlement Agreement for the attorneys' fees, costs, and litigation expenses in the amount previously awarded by the Court in ECF No. 197 is reasonable and approved;

4. The Court finds the amounts for Claims Administration fees equal to $36,208.00 is reasonable;

5. The Court directs settlement payments to be deposited into the Claims Administrator's Qualified Settlement Fund and to be issued to Class Members and Class Counsel pursuant to the terms of the Settlement Agreement;

6. The Court approves of the settlement allocation and distribution plan set forth in Exhibit B to the Settlement Agreement (ECF No. 202-2, Ex. B);

7. Ninety-one days after full payment of the entire Gross Settlement Amount of $3,941,024.82, Class Counsel shall file an Order of Accord and Satisfaction of the Judgments (ECF Nos. 194 and 197) and the Court will dismiss this case with prejudice; and,

8. The Court retains jurisdiction for enforcement of the Settlement.

**DONE AND ORDERED** in Greenbelt, Maryland this 24 day of February, 2022.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE